UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| ELLA R. EPLING, | ) | Case No. 06-03623-JPC |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

### Trustee's Final Report

To:   The Honorable Jacqueline P. Cox
      United States Bankruptcy Judge

NOW COMES Joseph A. Baldi, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.  The Petition commencing this case was filed on April 5, 2006 and Joseph A. Baldi, Trustee was appointed Trustee. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2.  The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor's discharge. The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.  The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.  A summary of the trustee's final account as of November 24, 2008 is as follows:

    a.   RECEIPTS (See Exhibit C)    $20,231.10
    b.   DISBURSEMENTS (See Exhibit C)    $31.40
    c.   NET CASH available for distribution    $20,199.70
    d.   TRUSTEE/PROFESSIONAL COSTS:
        1.   Trustee compensation requested    $2,772.94
        2.   Trustee Expenses    $0.00
        3.   Compensation requested by attorney or other professionals for trustee

| | | | |
|---|---|---|---|
| (a.) | Joseph A. Baldi & Associates, P.C. *Attorney for Trustee Fees* | | $1,282.00 |
| (b) | Popowcer Katten *Accountant for Trustee* | | $ 989.00 |

5. The Bar Date for filing unsecured claims expired on September 28, 2006.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $5043.94 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $32,580.12 |

7. Trustee proposes that unsecured creditors receive a distribution of 46.5% of allowed claims.

8. The compensation previously awarded to Trustee's counsel, accountants or other professionals, and the compensation requested but not yet allowed is as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Joseph A. Baldi, Trustee *Trustee Compensation* | $0.00 | $2,772.94 | $0.00 |
| Joseph A. Baldi & Associates, P.C. *Attorney For Trustee* | $0.00 | $1,282.00 | $0.00 |
| Popowcer Katten, Ltd. *Accountants for Trustee* | $0.00 | $ 989.00 | $0.00 |

9. A fee of $500.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

Respectfully Submitted

Date: December 10, 2008

/s/Joseph A. Baldi, Trustee
Joseph A. Baldi, Trustee
Suite 1500
19 South LaSalle Street
Chicago, IL 60603

Tasks Completed by Trustee

Exhibit A

EXHIBIT A

TASKS PERFORMED BY TRUSTEE

The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of Financial Affairs. The Trustee conducted an examination of the Debtor at the Section 341 meeting of creditors.

A. Trustee negotiated for a sale of the Debtor's equity interest in the property commonly known as 4063 Addison Lane, Hickory, North Carolina ("Property") back to the Debtor; Trustee's Motion to Sell the Property was presented to this Court and pursuant to this Court's order dated May 11, 2005, the equity interest in the Property was sold and the Estate recovered gross proceeds of $20,000.00;

B. Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

C. Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

D. Trustee prepared semi-annual reports required by the United States Trustee and met with representatives of the U.S. Trustee regarding the administration and status of the case;

E. Trustee and his attorneys examined, analyzed and verified proofs of claim filed against the Estate; Trustee directed his attorneys to contact a creditor and procure the withdrawal of an invalidly asserted secured proof of claim;

F. Trustee addressed tax issues concerning the Estate; and

G. Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

EXHIBIT A

Form I

Individual Estate Property Record and Report

Exhibit B

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 06-03623   JPC   Judge: Jacqueline P. Cox | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | EPLING, ELLA R | Date Filed (f) or Converted (c): | 04/05/06 (f) |
| | | 341(a) Meeting Date: | 05/23/06 |
| For Period Ending: | 12/10/08 | Claims Bar Date: | 09/28/06 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Furniture and Appliances | 4,000.00 | 0.00 | | 0.00 | FA | 0.00 | 4,000.00 |
| 2. Wearing Apparel | 2,500.00 | 0.00 | | 0.00 | FA | 0.00 | 2,500.00 |
| 3. Real Property (u) Debtor's equity in North Carolina property | 0.00 | 20,000.00 | | 20,000.00 | FA | 0.00 | 0.00 |
| 4. Post-Petition Interest Deposits (u) | Unknown | N/A | | 231.10 | Unknown | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $6,500.00 | $20,000.00 | | $20,231.10 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) | $0.00 | $6,500.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee examined Debtor and investigated the amount of equity in Debtor's North Carolina retirement home. Negotiated agreement and obtained court approval to sell the Estate's interest back to Debtor for $20,000, payable with $15,000 downpayment and balance by installments over 2 years. Debtor is ahead of schedule on payments with only one payment remaining. Upon receipt of same, will proceed to close case.

Initial Projected Date of Final Report (TFR): 12/31/08      Current Projected Date of Final Report (TFR): 12/31/08

LFORM1EX                                                                                                              Ver: 14.11

Form II

Estate Cash Receipts and Disbursements Record

Exhibit C

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-03623 -JPC | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | EPLING, ELLA R | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | ******0575 Money Market Account (Interest Earn |
| Taxpayer ID No: | ******9650 | | | |
| For Period Ending: | 12/10/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  09/26/06 | 3 | FIRST AMERICAN BANK BRANCH 0002 P.O. BOX 0794 ELK GROVE VILLAGE, IL 60007-0794 | Initial Downpayment for NC Property | 1110-000 | 15,000.00 | | 15,000.00 |
| C  09/28/06 | 3 | YOUR CURRENCY EXCHANGE 16 WEST JACKSON CHICAGO, IL 60604 | Installment #1 | 1210-000 | 225.00 | | 15,225.00 |
| C  09/29/06 | 4 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 0.77 | | 15,225.77 |
| C  10/26/06 | 3 | Ella R. Epling Western Union Money Order | Installment No.2 on RE Sale | 1110-000 | 225.00 | | 15,450.77 |
| C  10/31/06 | 4 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 12.91 | | 15,463.68 |
| C  11/21/06 | 3 | WESTERN UNION INTEGRATED PAYMENT SYSTEMS, INC. GREENWOOD VILLAGE, CO | Installment No. 3 | 1210-000 | 225.00 | | 15,688.68 |
| C  11/30/06 | 4 | Bank of America, N A | Interest Rate 1.000 | 1270-000 | 12.73 | | 15,701.41 |
| C  12/26/06 | 3 | SAFEWAY Payable through WF National Bank South Central Faribault, MN | Epling - Installment No. 4 | 1110-000 | 225.00 | | 15,926.41 |
| C  12/29/06 | 4 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 13.35 | | 15,939.76 |
| C  01/31/07 | 4 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 13.54 | | 15,953.30 |
| C  02/01/07 | 3 | SAFEWAY Payable through WF National Bank South Central Faribault, MN | Installment No. 5 | 1210-000 | 225.00 | | 16,178.30 |
| C t  02/20/07 | | Transfer to Acct #******0876 | Bank Funds Transfer | 9999-000 | | 13.34 | 16,164.96 |
| C  02/21/07 | 3 | SAFEWAY Payable through WF National Bank South Central | Installment No. 6 | 1110-000 | 225.00 | | 16,389.96 |

LFORM2114

Ver: 14.11

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-03623 -JPC | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | EPLING, ELLA R | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******0575 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9650 | | | |
| For Period Ending: | 12/10/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 02/28/07 | 4 | Faribault, MN<br>Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 12.39 | | 16,402.35 |
| C 03/22/07 | 3 | WESTERN UNION<br>INTEGRATED PAYMENT SYSTEMS, INC.<br>GREENWOOD VILLAGE, CO | Epling Installment #7 | 1110-000 | 225.00 | | 16,627.35 |
| C 03/30/07 | 4 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 13.96 | | 16,641.31 |
| C 04/30/07 | 3 | WESTERN UNION<br>INTEGRATED PAYMENT SYSTEMS, INC.<br>GREENWOOD VILLAGE, CO | Epling - Installment #8 | 1110-000 | 225.00 | | 16,866.31 |
| C 04/30/07 | 4 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 13.68 | | 16,879.99 |
| C 05/22/07 | 3 | WESTERN UNION<br>INTEGRATED PAYMENT SYSTEMS, INC.<br>GREENWOOD VILLAGE, CO | Epling Installment #9 | 1110-000 | 225.00 | | 17,104.99 |
| C 05/31/07 | 4 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 14.37 | | 17,119.36 |
| C 06/26/07 | 3 | ELLA R. EPLING | Installment #10 | 1110-000 | 225.00 | | 17,344.36 |
| C 06/29/07 | 4 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 14.06 | | 17,358.42 |
| C 07/24/07 | 3 | ELLA R. EPLING | Installment # 11 | 1110-000 | 225.00 | | 17,583.42 |
| C 07/31/07 | 4 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 14.76 | | 17,598.18 |
| C 08/27/07 | 3 | ELLA R. EPLING | Installment # 12 | 1110-000 | 225.00 | | 17,823.18 |
| C 08/31/07 | 4 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 14.96 | | 17,838.14 |
| C 09/25/07 | 3 | ELLA R. EPLING<br>5519 N. Campbell<br>Chicago, IL | Installment #13 | 1110-000 | 225.00 | | 18,063.14 |
| C 09/28/07 | 4 | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 11.36 | | 18,074.50 |
| C 10/25/07 | 3 | ELLA R. EPLING<br>5519 N. Campbell<br>Chicago, IL | Installment #14 | 1110-000 | 500.00 | | 18,574.50 |
| C 10/31/07 | 4 | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 11.54 | | 18,586.04 |
| C 11/28/07 | 3 | ELLA R. EPLING<br>5519 N. Campbell<br>Chicago, IL | Installment #15 | 1110-000 | 500.00 | | 19,086.04 |
| C 11/30/07 | 4 | Bank of America, N.A. | Interest Rate 0.650 | 1270-000 | 9.93 | | 19,095.97 |

LFORM2T4                                                                                                                           Ver: 14.11

Page: 3

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-03623 -JPC | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | EPLING, ELLA R | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******0575 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9650 | | | |
| For Period Ending: | 12/10/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C 12/31/07 | 4 | Bank of America, N.A. | Interest Rate 0.500 | 1270-000 | 9.11 | | 19,105.08 |
| C 01/03/08 | 3 | ELLA R. EPLING | Installment #16 | 1110-000 | 500.00 | | 19,605.08 |
| | | 5519 N. Campbell | | | | | |
| | | Chicago, IL | | | | | |
| C 01/29/08 | 3 | ELLA R. EPLING | Installment #17 | 1210-000 | 500.00 | | 20,105.08 |
| | | 5519 N. Campbell | | | | | |
| | | Chicago, IL | | | | | |
| C 01/31/08 | 4 | Bank of America, N.A. | Interest Rate 0.400 | 1270-000 | 7.73 | | 20,112.81 |
| C t 02/19/08 | | Transfer to Acct #*******0876 | Bank Funds Transfer | 9999-000 | | 18.06 | 20,094.75 |
| C 02/26/08 | 3 | ELLA R. EPLING | Final Installmt | 1110-000 | 300.00 | | 20,394.75 |
| | | 5519 N. Campbell | | | | | |
| | | Chicago, IL | | | | | |
| C t 02/27/08 | | Transfer to Acct #*******0876 | Bank Funds Transfer | 9999-000 | | 225.00 | 20,169.75 |
| C 02/29/08 | 4 | Bank of America, N.A. | Interest Rate 0.300 | 1270-000 | 4.77 | | 20,174.52 |
| C 03/31/08 | 4 | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 4.77 | | 20,179.29 |
| C 04/30/08 | 4 | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 4.14 | | 20,183.43 |
| C 05/30/08 | 4 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 2.56 | | 20,185.99 |
| C 06/30/08 | 4 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 2.48 | | 20,188.47 |
| C 07/31/08 | 4 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 2.56 | | 20,191.03 |
| C 08/29/08 | 4 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 2.56 | | 20,193.59 |
| C 09/30/08 | 4 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 2.49 | | 20,196.08 |
| C 10/31/08 | 4 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 1.96 | | 20,198.04 |
| C 11/28/08 | 4 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 1.66 | | 20,199.70 |

LFORM2T4     Ver: 14.11

Form 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

| Case No: | 06-03623 -JPC | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | EPLING, ELLA R | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | ******0575 Money Market Account (Interest Earn |
| Taxpayer ID No: | ******9650 | | |
| For Period Ending: | 12/10/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account ******0575 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 19 | Deposits | 20,225.00 | 0 | Checks | 0.00 |
| | 27 | Interest Postings | 231.10 | 0 | Adjustments Out | 0.00 |
| | | | | 3 | Transfers Out | 256.40 |
| | | Subtotal | $ 20,456.10 | | | |
| | | | | | Total | $ 256.40 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 20,456.10 | | | |

LFORM2T4

Ver: 14.11

Page: 5

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-03623 -JPC | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | EPLING, ELLA R | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0876 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9650 | | |
| For Period Ending: | 12/10/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C t 02/20/07 | | Transfer from Acct #*******0575 | Bank Funds Transfer | 9999-000 | 13.34 | | 13.34 |
| C 02/20/07 | 001001 | International Sureties, Ltd. | | 2300-000 | | 13.34 | 0.00 |
| | | Suite 500 | | | | | |
| | | 203 Carondelet Street | | | | | |
| | | New Orleans LA 70130 | | | | | |
| C t 02/19/08 | | Transfer from Acct #*******0575 | Bank Funds Transfer | 9999-000 | 18.06 | | 18.06 |
| C 02/19/08 | 001002 | International Sureties | Bond Premium Payment | 2300-000 | | 18.06 | 0.00 |
| | | 701 Pydras Street #420 | 2008 Annual premium payment | | | | |
| | | New Orleans, LA 70139 | | | | | |
| C 02/27/08 | 001003 | ELLA R. EPLING | Refund to Debtor | 8200-002 | -225.00 | | -225.00 |
| | | 5519 N. Campbell | Overpayment of Final Installment for RE | | | | |
| | | Chicago, IL | | | | | |
| C t 02/27/08 | | Transfer from Acct #*******0575 | Bank Funds Transfer | 9999-000 | 225.00 | | 0.00 |

* Reversed
t Funds Transfer
C Bank Cleared

| Account *******0876 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| 0 | Deposits | | -225.00 | 3 | Checks | 31.40 |
| 0 | Interest Postings | | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ | -225.00 | | | |
| | | | | | Total $ | 31.40 |
| 0 | Adjustments In | | 0.00 | | | |
| 3 | Transfers In | | 256.40 | | | |
| | Total | $ | 31.40 | | | |

LFORM2T4                                                                                                                                                Ver: 14.11

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-03623 -JPC | Trustee Name: | Joseph A. Baldi, Trustee |
| --- | --- | --- | --- |
| Case Name: | EPLING, ELLA R | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0876 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9650 | | |
| For Period Ending: | 12/10/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Report Totals | | Balance Forward | | 0.00 | | |
| | | 19 | Deposits | | 20,000.00 | 3 Checks | 31.40 |
| | | 27 | Interest Postings | | 231.10 | 0 Adjustments Out | 0.00 |
| | | | | | | 3 Transfers Out | 256.40 |
| | | | Subtotal | $ | 20,231.10 | | |
| | | | | | | Total $ | 287.80 |
| | | 0 | Adjustments In | | 0.00 | | |
| | | 3 | Transfers In | | 256.40 | | |
| | | | Total | $ | 20,487.50 | Net Total Balance $ | 20,199.70 |

LFORM2T4

Ver: 14.11

Proposed Distribution Report

Exhibit D

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| ELLA R. EPLING, | ) | Case No. 06-03623 |
| | ) | |
| Debtor. | ) | Hon. Jacqueline P. Cox |

### Trustee's Proposed Distribution Report

I, Joseph A. Baldi, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**Summary Of Distribution:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $5,043.94 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $15,155.76 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **Total Amount To Be Distributed:** | $20,199.70 |

EXHIBIT D

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $5,043.94 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Joseph A. Baldi, Trustee *Trustee Compensation* | $2,772.94 | $2,772.94 |
| | Joseph A. Baldi & Associates, P.C. *Attorney for Trustee Fees* | $1,282.00 | $1,282.00 |
| | Popowcer Katten *Accountant for Trustee Fees* | $ 989.00 | $ 989.00 |
| | **CLASS TOTALS** | **$5,043.94** | **$5,043.94** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligations | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00 |

EXHIBIT D

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) – Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) – Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) – Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $ 0.00 | 0.00 |

EXHIBIT D

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims to be paid pro rata after costs of administration and priority claims are paid in full | $ 32,580.12 | 46.5% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001 | Chase Bank USA, N.A. *General Unsecured 726* | $12,141.59 | $5,648.08 |
| 000002 | Target National Bank (fka Retailers) *General Unsecured 726* | $10,326.63 | $4,803.79 |
| 000004 | Citibank USA NA *General Unsecured 726* | $10,111.90 | $4,703.89 |
|  | CLASS TOTALS | $32,580.12 | $15,155.76 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) – Surplus to Debtor | $ 0.00 | 0.00 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

EXHIBIT D

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| S | 000003 | CENLAR<br>State Farm Bank Cenlar<br>Bankruptcy Department<br>425 Philllips Boulevard<br>Ewing, NJ 08618 | 91,952.96 | WITHDRAWN |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:  December 10, 2008                                     /s/Joseph A. Baldi, Trustee

EXHIBIT D