UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| EPLING, ELLA R ) | | Case No. 06-03623 |
| ) | | |
| Debtor. ) | | Hon. Jacqueline P. Cox |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 619, Chicago, IL 60604

    On: **February 3, 2009**          Time: **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $20,231.10 |
    | Disbursements | $31.40 |
    | Net Cash Available for Distribution | $20,199.70 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Joseph A. Baldi, Trustee<br>*Trustee Compensation* | $0.00 | $2,772.94 | $0.00 |
| Joseph A. Baldi & Associates, P.C.<br>*Attorney for Trustee* | $0.00 | $1,282.00 | $0.00 |
| Popowcer Katten, Ltd<br>*Accountant for Trustee* | $0.00 | $989.00 | $0.00 |

5.  Applications for Ch. 11 fees and administrative expenses have been filed as follows: **None**

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>0.00</u> must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%. Allowed priority claims are: **None**

7.  Claims of general unsecured creditors totaling $32,580.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 46.5%. Allowed general unsecured claims are as follows:

    | Claim Number | Claimant | Amount of Claim | Proposed Payment |
    |---|---|---|---|
    | 1 | Chase Bank USA, N.A. | $12,141.59 | $5,648.08 |
    | 2 | Target National Bank | $10,326.63 | $4,803.79 |
    | 4 | Citibank USA Na | $10,111.90 | $4,703.89 |

8.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing: **None**


Dated: **December 31, 2008**          For the Court,


By:   **KENNETH S. GARDNER**
      Kenneth S. Gardner
      Clerk of the U.S. Bankruptcy Court
      219 S. Dearborn, 7th Floor
      Chicago, Illinois 60604

Trustee:   Joseph A. Baldi
Address:   Suite 1500
           19 South Lasalle Street
           Chicago, IL  60603
Phone No.: (312) 726-8150

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 1                  Date Rcvd: Dec 31, 2008
Case: 06-03623                Form ID: pdf002             Total Served: 14

The following entities were served by first class mail on Jan 02, 2009.
db          +Ella R Epling,   5519 N Campbell,   Chicago, IL 60625-6712
aty         +Elizabeth C Berg,   Joseph A. Baldi & Associates,   19 S Lasalle Street, , Suite 1500,
              Chicago, IL 60603-1413
aty         +Gina B Krol, ESQ,   Cohen & Krol,   105 West Madison Street #1100,   Chicago, IL 60602-4600
aty         +Joseph A Baldi,   Joseph Baldi & Associates,   19 S Lasalle Street Suite 1500,
              Chicago, IL 60603-1413
tr          +Joseph A Baldi, Tr,   Joseph Baldi & Associates,   19 S Lasalle Street Suite 1500,
              Chicago, IL 60603-1413
10678450    +AAAP Credit Card,   P O Box 15298,   Wilmington DC 19850-5298
10862450    +CENLAR,   State Farm Bank Cenlar,   Bankruptcy Department,   425 Philllips Boulevard,
              Ewing, NJ 08618-1430
10828457    +Chase Bank USA, N.A.,   c/o Weinstein & Riley, P.S.,   2101 4th Avenue, Suite 900,
              Seattle, WA 98121-2339
10902068    +Citibank USA NA,   P O Box 182149,   Columbus, OH 43218-2149
10678452    +John M Smiths,   Homemaker,   P O Box 15521,   Wilmington De 19850-5521
10678453    +Sears Gold Master Card,   P O Box 182516,   Columbus Oh 43218-2516
10786992    +State Farm Bank,   Payment Processing Center,   P O Box 77413,   Ewing, NJ 08628-6413
10678449    +Target National Bank,   P O Box 59317,   Minneapolis Mn 55459-0317
10839055    +Target National Bank (fka Retailers Nat'l Bnk),   c/o Weinstein & Riley, P.S.,
              2101 4th Avenue, Suite 900,   Seattle, WA 98121-2339

The following entities were served by electronic transmission.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10678451      Bank of America,   U S Airways Dividend Milew
                                                                                                    TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 02, 2009**            **Signature:**   *Joseph Speetjens*