UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | Case No. 06-03623 |
| EPLING, ELLA R | § | |
| | § | |
| Debtor(s) | § | |
| | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/Joseph A. Baldi, Trustee_____
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| ELLA R. EPLING |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| State Farm Bank |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| JOSEPH A. BALDI & ASSOCIATES, P.C. | | | | | |
| POPOWCER KATTEN, LTD | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank of America U.S. Airways Dividend Miles | | | | | |
| John M. Smithe Homemakers Wilmington DE | | | | | |
| CHASE BANK USA, N.A. | | | | | |
| CITIBANK USA NA | | | | | |
| TARGET NATIONAL BANK (FKA RETAILERS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 06-03623 | JPC | Judge: Jacqueline P. Cox | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|
| Case Name: | EPLING, ELLA R | | | Date Filed (f) or Converted (c): | 04/05/06 (f) |
| | | | | 341(a) Meeting Date: | 05/23/06 |
| For Period Ending: | 05/13/09 | | | Claims Bar Date: | 09/28/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Furniture and Appliances | 4,000.00 | 0.00 | | 0.00 | FA |
| 2. Wearing Apparel | 2,500.00 | 0.00 | | 0.00 | FA |
| 3. Real Property (u) Debtor's equity in North Carolina property | 0.00 | 20,000.00 | | 20,000.00 | FA |
| 4. Post-Petition Interest Deposits (u) | Unknown | N/A | | 232.35 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $6,500.00 | $20,000.00 | | $20,232.35 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee examined Debtor and investigated the amount of equity in Debtor's North Carolina retirement home. Negotiated agreement and obtained court approval to sell the Estate's interest back to Debtor for $20,000, payable with $15,000 downpayment and balance by installments over 2 years. All payments received. TFR filed--final hearing scheduled for 2/3/09

Initial Projected Date of Final Report (TFR): 12/31/08    Current Projected Date of Final Report (TFR): 12/31/08

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 06-03623 -JPC |
| Case Name: | EPLING, ELLA R |
| Taxpayer ID No: | *******9650 |
| For Period Ending: | 05/13/09 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | 3754930575  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 09/26/06 | 3 | FIRST AMERICAN BANK<br>BRANCH 0002<br>P.O. BOX 0794<br>ELK GROVE VILLAGE, IL  60007-0794 | Initial Downpayment for NC Property<br>Per settlement agreement, remaining $5,000 is due in (25) consecutive monthly installments of $200 each.  Final installment due in Sept/Oct. 2008 | 15,000.00 | | | | | 15,000.00 |
| 09/28/06 | 3 | YOUR CURRENCY EXCHANGE<br>16 WEST JACKSON<br>CHICAGO, IL  60604 | Installment #1 | 225.00 | | | | | 15,225.00 |
| 09/29/06 | 4 | Bank of America, N.A. | Interest Rate  1.000 | | 0.77 | | | | 15,225.77 |
| 10/26/06 | 3 | Ella R. Epling<br>Western Union Money Order | Installment No.2 on RE Sale | 225.00 | | | | | 15,450.77 |
| 10/31/06 | 4 | Bank of America, N.A. | Interest Rate  1.000 | | 12.91 | | | | 15,463.68 |
| 11/21/06 | 3 | WESTERN UNION<br>INTEGRATED PAYMENT SYSTEMS, INC.<br>GREENWOOD VILLAGE, CO | Installment No. 3 | 225.00 | | | | | 15,688.68 |
| 11/30/06 | 4 | Bank of America, N.A. | Interest Rate  1.000 | | 12.73 | | | | 15,701.41 |
| 12/26/06 | 3 | SAFEWAY<br>Payable through<br>WF National Bank<br>South Central<br>Faribault, MN | Epling - Installment No. 4 | 225.00 | | | | | 15,926.41 |
| 12/29/06 | 4 | Bank of America, N.A. | Interest Rate  1.000 | | 13.35 | | | | 15,939.76 |
| 01/31/07 | 4 | Bank of America, N.A. | Interest Rate  1.000 | | 13.54 | | | | 15,953.30 |
| 02/01/07 | 3 | SAFEWAY<br>Payable through<br>WF National Bank<br>South Central<br>Faribault, MN | Installment No. 5 | 225.00 | | | | | 16,178.30 |
| 02/20/07 | | Transfer to Acct #3754930876 | Bank Funds Transfer | | | | | -13.34 | 16,164.96 |
| 02/21/07 | 3 | SAFEWAY<br>Payable through<br>WF National Bank<br>South Central | Installment No. 6 | 225.00 | | | | | 16,389.96 |

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 06-03623 -JPC | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | EPLING, ELLA R | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | 3754930575 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9650 | | | |
| For Period Ending: | 05/13/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | Faribault, MN | | | | | | | |
| 02/28/07 | 4 | Bank of America, N.A. | Interest Rate 1.000 | | 12.39 | | | | 16,402.35 |
| 03/22/07 | 3 | WESTERN UNION INTEGRATED PAYMENT SYSTEMS, INC. GREENWOOD VILLAGE, CO | Epling Installment #7 | 225.00 | | | | | 16,627.35 |
| 03/30/07 | 4 | Bank of America, N.A. | Interest Rate 1.000 | | 13.96 | | | | 16,641.31 |
| 04/30/07 | 3 | WESTERN UNION INTEGRATED PAYMENT SYSTEMS, INC. GREENWOOD VILLAGE, CO | Epling - Installment #8 | 225.00 | | | | | 16,866.31 |
| 04/30/07 | 4 | Bank of America, N.A. | Interest Rate 1.000 | | 13.68 | | | | 16,879.99 |
| 05/22/07 | 3 | WESTERN UNION INTEGRATED PAYMENT SYSTEMS, INC. GREENWOOD VILLAGE, CO | Epling Installment #9 | 225.00 | | | | | 17,104.99 |
| 05/31/07 | 4 | Bank of America, N.A. | Interest Rate 1.000 | | 14.37 | | | | 17,119.36 |
| 06/26/07 | 3 | ELLA R. EPLING | Installment #10 | 225.00 | | | | | 17,344.36 |
| 06/29/07 | 4 | Bank of America, N.A. | Interest Rate 1.000 | | 14.06 | | | | 17,358.42 |
| 07/24/07 | 3 | ELLA R. EPLING | Installment # 11 | 225.00 | | | | | 17,583.42 |
| 07/31/07 | 4 | Bank of America, N.A. | Interest Rate 1.000 | | 14.76 | | | | 17,598.18 |
| 08/27/07 | 3 | ELLA R. EPLING | Installment # 12 | 225.00 | | | | | 17,823.18 |
| 08/31/07 | 4 | Bank of America, N.A. | Interest Rate 1.000 | | 14.96 | | | | 17,838.14 |
| 09/25/07 | 3 | ELLA R. EPLING 5519 N. Campbell Chicago, IL | Installment #13 | 225.00 | | | | | 18,063.14 |
| 09/28/07 | 4 | Bank of America, N.A. | Interest Rate 0.750 | | 11.36 | | | | 18,074.50 |
| 10/25/07 | 3 | ELLA R. EPLING 5519 N. Campbell Chicago, IL | Installment #14 | 500.00 | | | | | 18,574.50 |
| 10/31/07 | 4 | Bank of America, N.A. | Interest Rate 0.750 | | 11.54 | | | | 18,586.04 |
| 11/28/07 | 3 | ELLA R. EPLING 5519 N. Campbell Chicago, IL | Installment #15 | 500.00 | | | | | 19,086.04 |
| 11/30/07 | 4 | Bank of America, N.A. | Interest Rate 0.650 | | 9.93 | | | | 19,095.97 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 06-03623 -JPC | | Trustee Name: | Joseph A. Baldi, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | EPLING, ELLA R | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | 3754930575 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9650 | | | |
| For Period Ending: | 05/13/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 12/31/07 | 4 | Bank of America, N.A. | Interest Rate 0.500 | | 9.11 | | | | 19,105.08 |
| 01/03/08 | 3 | ELLA R. EPLING<br>5519 N. Campbell<br>Chicago, IL | Installment #16 | 500.00 | | | | | 19,605.08 |
| 01/29/08 | 3 | ELLA R. EPLING<br>5519 N. Campbell<br>Chicago, IL | Installment #17 | 500.00 | | | | | 20,105.08 |
| 01/31/08 | 4 | Bank of America, N.A. | Interest Rate 0.400 | | 7.73 | | | | 20,112.81 |
| 02/19/08 | | Transfer to Acct #3754930876 | Bank Funds Transfer | | | | | -18.06 | 20,094.75 |
| 02/26/08 | 3 | ELLA R. EPLING<br>5519 N. Campbell<br>Chicago, IL | Final Installmt<br>Overpaid by $225.00. Will reimburse with estate check. ecb February 26, 2008, 05:00 pm | 300.00 | | | | | 20,394.75 |
| 02/27/08 | | Transfer to Acct #3754930876 | Bank Funds Transfer<br>Transfer funds to reimbursem Debtor for overpayment on final installment on RE buyback. ecbFebruary 27, 2008, 09:37 am | | | | | -225.00 | 20,169.75 |
| 02/29/08 | 4 | Bank of America, N.A. | Interest Rate 0.300 | | 4.77 | | | | 20,174.52 |
| 03/31/08 | 4 | Bank of America, N.A. | Interest Rate 0.250 | | 4.77 | | | | 20,179.29 |
| 04/30/08 | 4 | Bank of America, N.A. | Interest Rate 0.250 | | 4.14 | | | | 20,183.43 |
| 05/30/08 | 4 | Bank of America, N.A. | Interest Rate 0.150 | | 2.56 | | | | 20,185.99 |
| 06/30/08 | 4 | Bank of America, N.A. | Interest Rate 0.150 | | 2.48 | | | | 20,188.47 |
| 07/31/08 | 4 | Bank of America, N.A. | Interest Rate 0.150 | | 2.56 | | | | 20,191.03 |
| 08/29/08 | 4 | Bank of America, N.A. | Interest Rate 0.150 | | 2.56 | | | | 20,193.59 |
| 09/30/08 | 4 | Bank of America, N.A. | Interest Rate 0.150 | | 2.49 | | | | 20,196.08 |
| 10/31/08 | 4 | Bank of America, N.A. | Interest Rate 0.100 | | 1.96 | | | | 20,198.04 |
| 11/28/08 | 4 | Bank of America, N.A. | Interest Rate 0.100 | | 1.66 | | | | 20,199.70 |
| 12/31/08 | 4 | Bank of America, N.A. | Interest Rate 0.010 | | 1.02 | | | | 20,200.72 |
| 01/30/09 | 4 | Bank of America, N.A. | Interest Rate 0.010 | | 0.17 | | | | 20,200.89 |
| 02/10/09 | 4 | Bank of America, N.A. | INTEREST REC'D FROM BANK | | 0.06 | | | | 20,200.95 |
| 02/10/09 | | Transfer to Acct #3754930876 | Final Posting Transfer<br>Transfer funds for final distribution. ecbFebruary 10, 2009, 02:32 pm | | | | | -20,200.95 | 0.00 |

LFORM2XT

UST Form 101-7-TDR (4/1/2009) *(Page: 9)*

Ver: 14.30d

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 06-03623 -JPC | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | EPLING, ELLA R | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | 3754930575 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9650 | | | |
| For Period Ending: | 05/13/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

```
Account  3754930575      Balance Forward         0.00
                      19 Deposits            20,225.00      0 Checks                 0.00
                      30 Interest Postings      232.35      0 Adjustments Out        0.00
                                                            4 Transfers Out      20,457.35
                         Subtotal          $  20,457.35
                                                              Total            $  20,457.35
                       0 Adjustments In         0.00
                       0 Transfers In           0.00

                         Total             $  20,457.35
```

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit 9

| Case No: | 06-03623 -JPC | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | EPLING, ELLA R | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | 3754930876 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9650 | | | |
| For Period Ending: | 05/13/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 02/20/07 | | Transfer from Acct #3754930575 | Bank Funds Transfer | | | | | 13.34 | 13.34 |
| 02/20/07 | 001001 | International Sureties, Ltd. Suite 500 203 Carondelet Street New Orleans LA 70130 | | | | 13.34 | | | 0.00 |
| 02/19/08 | | Transfer from Acct #3754930575 | Bank Funds Transfer | | | | | 18.06 | 18.06 |
| 02/19/08 | 001002 | International Sureties 701 Pydras Street #420 New Orleans, LA 70139 | Bond Premium Payment 2008 Annual premium payment | | | 18.06 | | | 0.00 |
| 02/27/08 | 001003 | ELLA R. EPLING 5519 N. Campbell Chicago, IL | Refund to Debtor Overpayment of Final Installment for RE | -225.00 | | | | | -225.00 |
| 02/27/08 | | Transfer from Acct #3754930575 | Bank Funds Transfer Transfer funds to reimbursem Debtor for overpayment on final installment on RE buyback. ecbFebruary 27, 2008, 09:37 am | | | | | 225.00 | 0.00 |
| 02/10/09 | | Transfer from Acct #3754930575 | Transfer In From MMA Account Transfer funds for final distribution. ecbFebruary 10, 2009, 02:32 pm | | | | | 20,200.95 | 20,200.95 |
| 02/11/09 | 001004 | JOSEPH A. BALDI, as Trustee 19 S. LaSalle Street Suite 1500 Chicago, Illinois 60603 | Trustee Compensation | | | 2,772.94 | | | 17,428.01 |
| 02/11/09 | 001005 | Joseph A. Baldi & Associates, P.C. 19 S. LaSalle St. #1500 Chicago IL 60603 | Attorney for Trustee Fees (Trustee | | | 1,282.00 | | | 16,146.01 |
| 02/11/09 | 001006 | Popowcer Katten, Ltd 35 E. Wacker Drive Suite 1550 Chicago, Il 60601-2207 | Trustee Accountant Fee | | | 989.00 | | | 15,157.01 |
| 02/11/09 | 001007 | Chase Bank USA, N.A. c/o Weinstein & Riley, P.S. | Claim 000001, Payment 46.52% | | | 5,648.54 | | | 9,508.47 |

LFORM2XT

UST Form 101-7-TDR (4/1/2009) *(Page: 11)*

Ver: 14.30d

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 06-03623 -JPC |
| Case Name: | EPLING, ELLA R |
| Taxpayer ID No: | *******9650 |
| For Period Ending: | 05/13/09 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | 3754930876 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 02/11/09 | 001008 | Target National Bank (fka Retailers Nat"l Bnk) c/o Weinstein & Riley, P.S. 2101 4th Avenue, Suite 900 Seattle, WA, 98121 | Claim 000002, Payment 46.52% | | | 4,804.18 | | | 4,704.29 |
| 02/11/09 | 001009 | Citibank USA NA P O Box 182149 Columbus, OH 43218 2101 4th Avenue, Suite 900 Seattle, WA 98121 | Claim 000004, Payment 46.52% | | | 4,704.29 | | | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Account 3754930876 | | Balance Forward | 0.00 | | 9 Checks | 20,232.35 |
| | 0 | Deposits | -225.00 | | 0 Adjustments Out | 0.00 |
| | 0 | Interest Postings | 0.00 | | 0 Transfers Out | 0.00 |
| | | Subtotal | $ -225.00 | | | |
| | | | | | Total | $ 20,232.35 |
| | 0 | Adjustments In | 0.00 | | | |
| | 4 | Transfers In | 20,457.35 | | | |
| | | Total | $ 20,232.35 | | | |

LFORM2XT

UST Form 101-7-TDR (4/1/2009) *(Page: 12)*

Ver: 14.30d

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 7

Exhibit 9

| Case No: | 06-03623 -JPC | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | EPLING, ELLA R | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | 3754930876 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9650 | | |
| For Period Ending: | 05/13/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| Report Totals | Balance Forward | 0.00 | | |
| | 19 Deposits | 20,000.00 | 9 Checks | 20,232.35 |
| | 30 Interest Postings | 232.35 | 0 Adjustments Out | 0.00 |
| | | | 4 Transfers Out | 20,457.35 |
| | Subtotal | $ 20,232.35 | | |
| | | | Total | $ 40,689.70 |
| | 0 Adjustments In | 0.00 | | |
| | 4 Transfers In | 20,457.35 | | |
| | Total | $ 40,689.70 | Net Total Balance | $ 0.00 |

LFORM2XT

UST Form 101-7-TDR (4/1/2009) *(Page: 13)*

Ver: 14.30d